DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDALL CARUSO,**
Appellant,

v.

**MARLENE JOY CARUSO,**
Appellee.

No. 4D19-2952

[March 5, 2020]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 1999-DR-009046.

Randall Caruso, Long Beach, California, pro se.

Stephen Rakusin of Litigation Lawyers, Professional Association, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***